UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 09–10997
  Chapter 7
Eric E. Warford

  Debtor

**ORDER TERMINATING STAY**

Upon consideration of the motion of the creditor, *US Bank, N.A.,* for relief from the stay imposed by 11 U.S.C. § 362(a) the court concludes that no response to the motion has been filed within the time allowed by M.D. AL L.B.R. 4001–1 or a response was filed consenting to the motion and therefore the motion should be **GRANTED**. Accordingly, it is

**ORDERED** that the stay in this case with respect to this creditor, to permit enforcement of a lien against the property of the estate or of the debtor described in the motion, is TERMINATED.

 Done this 3rd day of September, 2009.

  /s/ William R. Sawyer
  United States Bankruptcy Judge